UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIANE GRASSA,<br><br>                             Plaintiff,<br><br>                       -against-<br><br>GC SERVICES, LP.,<br><br>                            Defendant. | **Case No.: 13-2287 (JFB) (WDW)**<br><br>**NOTICE OF SETTLEMENT** |

NOW COMES the Plaintiff, DIANE GRASSA, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 60 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

                                                    RESPECTFULLY SUBMITTED,

                                                    By:  /s/ Adam T. Hill
                                                    Adam T. Hill
                                                    KROHN & MOSS, LTD.
                                                    10 N. Dearborn St., 3rd Fl.
                                                    Chicago, Illinois 60602
                                                    Telephone:  312-578-9428
                                                    Telefax:  866-802-0021
                                                    ahill@consumerlawcenter.com
                                                    Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2013, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

           /s/ Adam T. Hill
           Adam T. Hill
           Attorney for Plaintiff

.