FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D N Y

★ NOV 04 2013 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DIANE GRASSA,

                Plaintiff,

-against-

GC SERVICES, LP,

                Defendant.

Case No.: 13-2287 (JFB) (WDW)

[PROPOSED] ORDER OF STIPULATION TO DISMISS

Based upon the Stipulation to Dismiss by all appearing parties, and pursuant to Fed. R. Civ. P. 41(a)(1), the above-reference matter is hereby dismissed with prejudice. *The Clerk of the Court shall close the case.*

**IT IS SO ORDERED.**

Dated: 11/4/13

/s/ Joseph F. Bianco
The Honorable District Judge
United States District Judge

1
STIPULATION OF DISMISSAL